**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 2, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---------------------
No. 06-60210
Summary Calendar
---------------------

JAMES EDWARD POE

Plaintiff - Appellant

v.

J E P ENTERPRISES, LP; KIM PARNELL, Manager; SANDY SHARP,
Management

Defendants - Appellees

-----------------------------------------------
Appeal from the United States District Court
for the Northern District of Mississippi
No. 1:04-CV-231
-----------------------------------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

The district court entered summary judgment against
plaintiff-appellant James Edward Poe, finding essentially that he
had failed to state a claim under the only potentially applicable
statute which would make federal jurisdiction available. His
appellate brief, which continues to chronicle his complaints
against the defendants-appellees, fares no better than his
complaint. The judgment of the district court is

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.